IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>J. MERCED RODRIGUEZ-BARAJAS, et )<br>al., )<br>)<br>Defendant. ) | 8:13CR287<br><br>ORDER |

     This matter is before the court on the unopposed defendant's motion to continue trial [60] due to a scheduling conflict. The court finds good cause being shown and the trial will be rescheduled. The defendant has complied with NECrimR 12.1(a). **Note: Jury trial previously set for February 4, 2014 is rescheduled to January 28, 2014.**

     **IT IS ORDERED** that the motion to continue trial is granted, as follows:

     1. The jury trial now set for February 4, 2014 is rescheduled to **January 28, 2014 at 9:00 a.m. as to all defendants.**

     2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 28, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

     **DATED December 19, 2013.**

                                                          **BY THE COURT:**

                                                         **s/ F.A. Gossett**
                                                         **United States Magistrate Judge**