IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDRES BARRAZA, a/k/a Guacho,<br><br>　　　　　　Defendant. | 8:13CR287<br><br><br>ORDER |

　　　　This matter is before the Court on the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 106) against Defendant, Andres Barraza.   The Court has reviewed the record in this case and concludes the United States' Motion should be granted. Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The United States' Motion to Dismiss Forfeiture Allegation (Filing No. 106) against Andres Barraza is granted; and

　　　　2.　　The Forfeiture Allegation of the Indictment (Filing No. 22) against Andres Barraza is dismissed.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge